

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-14-00089-CV

**EX PARTE** Alfred **SMITH**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:  Catherine Stone, Chief Justice
     Sandee Bryan Marion, Justice
     Luz Elena D. Chapa, Justice

On February 7, 2014, relator filed an original pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 19th, 2014.

*Sandee Bryan Marion*
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2004-CI-16569, styled *Alfred Smith v. Partrena B. Smith*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe Jr. presiding.